UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ DEC 31 2009 ★
BROOKLYN OFFICE

------------------------------X
TRUSTEES OF LOCAL 138

-v-

TAX TRUCKING CO. INC.
------------------------------X

ORDER OF DISMISSAL

CV09-1418 (JBW)

It is hereby **ORDERED** that the captioned case is dismissed for failure to prosecute.

It is further **ORDERED** that the Clerk of the Court mail a copy of this order to all parties and mark the case closed.

_____
JACK B. WEINSTEIN
U.S.D.J.

Date: 12/29/09